LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92075
(858) 481-9559
draymond@lawinfo.com

Attorney For Plaintiff, JOSIE BONILLA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE BONILLA, an individual, | Case No. 08 CV 1175 JM POR |
| Plaintiff, | COMPLAINT FOR DAMAGES BASED UPON VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT; THE CALIFORNIA ROSENTHAL ACT; AND **DEMAND FOR JURY TRIAL** |
| vs. | |
| BRONSON & MIGLIACCIO, LLP, an entity of unknown form; CACH, LLC, an entity of unknown form; DAVID V. WEINER, an individual; and DOES 1-10, inclusive, | [15 U.S.C. §§1692 et seq.; Cal. Civ. Code §§1788 et seq ] |
| Defendant(s). | |

Plaintiff, JOSIE BONILLA ("Plaintiff") complains as follows against defendants BRONSON & MIGLIACCIO, LLP ("B&M"), CACH, LLC ("CACH"), and DAVID V. WEINER ("Weiner") (collectively referred to as "Defendants") :

### INTRODUCTION

1. This Complaint is filed under the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 et seq. (hereinafter called "FDCPA") and the California Rosenthal Act, Cal. Civ. Code

§§1788 et seq. pursuant to defendants use of abusive, deceptive, and unfair debt collection practices. **Plaintiff demands a jury trial.**

## JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. Section 1692k(d) and 28 U.S.C. Sections 1331, 1337, and under the doctrine of pendant jurisdiction as set forth in <u>United Mine Workers v. Gibbs</u>, 383 U.S. 715 (1966).

## PARTIES

3. Plaintiff is a natural person, and at all times mentioned in this complaint was a resident of the County of San Diego, in the Southern District of California.

4. Plaintiff is informed and believes, and thereon alleges that defendant M&B is a law Limited Liability Company conducting business in the county of San Diego, State of California. Plaintiff is further informed and believes, and thereon alleges that M&B is engaged in the business of collecting consumer debts and regularly collects consumer debts. M&B is accordingly a "debt collector" as defined in the FDCPA, 15 U.S.C. §1692A(6) and as defined in the Rosenthal Act, Cal. Civil Code §1788.2.

5. Plaintiff is informed and believes, and thereon alleges that defendant CACH is an entity of unknown form conducting business in the county of San Diego, State of California. Plaintiff is further informed and believes, and thereon alleges that CACH is engaged in the business of collecting consumer debts and regularly collects consumer debts. CACH is accordingly a "debt collector" as defined in the FDCPA, 15 U.S.C. §1692A(6) and as defined in the Rosenthal Act, Cal. Civil Code §1788.2.

6. Plaintiff is informed and believes, and thereon alleges that defendant WEINER is an individual attorney conducting business in the county of San Diego, State of California. Plaintiff

is further informed and believes, and thereon alleges that WEINER is engaged in the business of collecting consumer debts and regularly collects consumer debts. WEINER is accordingly a "debt collector" as defined in the FDCPA, 15 U.S.C. §1692A(6).

7. Plaintiff is unaware of the true names and capacities of defendants sued herein as Does 1 through 10, inclusive. Plaintiff is informed and believes and thereon alleges that each fictitiously named defendant was in some way responsible for the matters and things complained of herein, and in some fashion, has legal responsibility therefore. When the true names and capacities of each said fictitiously named defendant has been ascertained, Plaintiff will seek leave to amend this complaint and all proceedings herein to set forth the same.

8. Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, each of the defendants were the officers, directors, agents, assignees, assignors or employees of each of their co-defendants and that in doing the things alleged in this complaint were acting within the course and scope of such capacity, with the full knowledge and consent of their co-defendants, and each of them.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

9. Prior to June 30, 2006, Plaintiff had a Bank of America account (account number 5342 2000 0046 4679)(the "account") that was being paid through Genus Credit Management. On or about June 30, 2006, after making consistent monthly payments for over 5 years, Plaintiff received notification that she had successfully completed the debt management program and the account status had been changed to "Paid in Full".

10. Almost a year later, on or about June 27, 2007, Plaintiff received a letter from B&M and signed by Weiner that demanded "payment in full" of $5,489.08 for a Bank of America account (the "debt"). The letter received by Plaintiff was dated June 22nd, 2007 and postmarked June

27, 2007. A copy of the June 2007 letter and envelope are herein attached and incorporated by reference as Exhibit "A".

11. On July 19, 2007, Plaintiff mail by certified mail a letter disputing the debt and demanding verification to B&M and Weiner and CACH (the "dispute letters"). A copy of the dispute letters are herein attached and incorporated by reference as Exhibit "B". The dispute letters were received by B&M on July 21, 2007 and by CACH on July 23, 2007.

12. Plaintiff **never** received verification of the debt. In fact, Plaintiff heard nothing for approximately six month. Plaintiff believed that B&M and CACH had determined that their collection demands were erroneous and ceased their demands.

13. Just as Plaintiff was moving on with her life, on or about January 4, 2008, Plaintiff was shocked and stunned to receive another letter from B&M and signed by Weiner. A copy of the letter dated January 04TH, 2008 is herein attached and incorporated by reference as Exhibit "C".

14. On or about February 4, 2008, Plaintiff was sickened when she received another letter from B&M and signed by Weiner stating that she owed a debt and requesting a payment plan or settlement payment. A copy of the letter dated February 04TH, 2008 is herein attached and incorporated by reference as Exhibit "D". Plaintiff has since feared what B&M and CACH will do next.

15. Plaintiff paid her Bank of America account through the credit management program. The debt that B&M, Weiner and CACH is attempting to collect had been paid. B&M, Weiner and CACH have failed and refused to provide verification of the debt and have continued to harass Plaintiff by their illegal collection attempts.

16. B&M, Weiner, and CACH's illegal collection practices have caused Plaintiff severe emotional distress, including but not limited to loss of appetite, stress, frustration, fear, anger,

helplessness, anxiety, sleeplessness, worry, sadness, and depression.

# FIRST CAUSE OF ACTION FOR
# VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
(As to All Defendants)
(15 U.S.C. §§1692 et seq.)

17. Plaintiff re-alleges and incorporates the allegations in Paragraphs 1 through 16 above with the same force and effect as if herein set forth.

19. Defendants violated the **Fair Debt Collection Practices Act,** including but not limited to the following sections:

19.1.. Section 1692d: Defendants engaged in conduct the natural consequence of which is to harass, oppress, or abuse a person in connection with the collection of a debt;

19.2 Section 1692e: Defendants used false, deceptive, or misleading representation or means in connection with the collection of a debt;

19.3. Section 1692e(2): Defendants used false representations of the character, amount, or legal status of the debt;

19.4. Section 1692e(10): Defendants used false representations or deceptive means to collect or attempt to collect a debt or obtain information concerning Plaintiff;

19.5. Section 1692f: Defendants used unfair or unconscionable means to collect or attempt to collect a debt;

19.6. Section 1692f(1): Defendants attempted to collect amounts not permitted by law or contract;

19.7. Section 1692g: Defendants failed to provide a validation or dispute notice; and

19.8. Section 1692g: Defendants failed to validate the debt and continued their collection efforts.

20. As a direct and proximate result of defendants' violations, Plaintiff suffered actual

Bonilla v. Bronson & Migliaccio LLP et al.
Case No.

5

COMPLAINT

damages, including, but not limited to severe emotional distress, in an amount to be established by proof at trial (for the purpose of a default judgment, Plaintiff's damages for emotional distress are not less than $15,000.00), and is entitled to actual damages, an award of statutory damages, costs, and attorney's fees pursuant to 15 U.S.C. §1692k.

**SECOND CAUSE OF ACTION FOR**
**VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**
**(As to Defendant CACH ONLY)**
**(Cal. Civ. Code §§1788 et seq.)**

21. Plaintiff re-alleges and incorporates the allegations in Paragraphs 1 through 20 above with the same force and effect as if herein set forth.

22. Defendant CACH violated the **Rosenthal Act**, including but not limited to the following sections:

22.1. Section 1788.13(e): Defendants falsely represented that the debt may be increased by the addition of fees or charges that may not be legally added to the existing obligation;

22.2. Section 1788.17: Defendants violated provisions of Title 15 of the United States Code sections 1692 et seq.

23. As a direct and proximate result of Defendant CACH's violations, Plaintiff suffered actual damages, including, but not limited to emotional distress, in an amount to be established by proof at trial (for the purpose of a default judgment, Plaintiff's damages for emotional distress are not less than $15,000.00), and Plaintiff is entitled to an award of actual damages, costs, and attorney's fees pursuant to Cal. Civ. Code §1788.30. In addition, Defendants willfully and knowingly violated the Rosenthal Act which entitles Plaintiff to penalty of not less than $100 and not more than $1,000.00 pursuant to Cal. Civ. Code §1788.30(b).

**WHEREFORE,** Plaintiff Prays for a judgment against Defendants as follows:

<u>AS TO THE FIRST CAUSE OF ACTION ONLY</u>

1)     Statutory Damages of $1,000.00 per violation of the Fair Debt Collection Practices Act;

2)     Attorney's fees pursuant to statute;

<u>AS TO THE SECOND CAUSE OF ACTION ONLY</u>

3)     Statutory Damages of $1,000.00 per violation of the Rosenthal Act;

4)     Attorney's fees pursuant to statute;

<u>AS TO ALL CAUSES OF ACTION</u>

5)     Actual Damages according to proof at trial (for the purpose of a default judgment, not less than $15,000.00);

6)     Cost of Suit; and

7)     Such Other Relief As The Court May Order.

Date: 07/02/08

Respectfully submitted,
Law Offices of Deborah L. Raymond

By: _____
Deborah L. Raymond, Esq.
Attorney For Plaintiff

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Date: 07/02/08

                                                      Respectfully submitted,
                                          Law Offices of Deborah L. Raymond

By: _____
                                       Deborah L. Raymond, Esq.
                                            Attorney For Plaintiff

Bonilla v. Bronson & Migliaccio LLP et al.
Case No.

8

COMPLAINT

**BRONSON & MIGLIACCIO, LLP**
ATTORNEYS AT LAW
(a limited liability partnership formed in the State of New York)
475 MARKET STREET, ELMWOOD PARK, NJ 07407
P.O. BOX 830, SADDLE BROOK, NJ 07663
TELEPHONE: 888-523-0856  FAX: 201-796-4475
Managing Attorney Responsible For New Jersey
Matters: David V. Weiner **

David V. Weiner **
Anthony J. Migliaccio, Jr.**

*Admitted in NJ
**Admitted in NY, NJ

**Attorneys Licensed In:**

| | |
|---|---|
| Arizona | Pennsylvania |
| California | South Carolina |
| Florida | Texas |
| Maryland | Tennessee |
| Massachusetts | Vermont |
| New Jersey | Virginia |
| New York | Washington |
| North Carolina | Wisconsin |
| Ohio | |

JOSIE BONILLA
707 Oaktree Ln Apt 265
San Marcos CA  92069-5882

8

June 22nd, 2007

RE:  Creditor:           CACH, LLC.
     Account No:         14451090070603405
     Original Creditor:  BANK OF AMERICA, N.A.
     Current Balance:    $5,489.08

Dear JOSIE BONILLA,

This office has been retained to collect the debt owed by you to CACH, LLC.. This is a demand for payment in full.

Unless you, the consumer, within thirty days after receipt of the notice, dispute the validity of the debt or any portion thereof, this office will assume this debt is valid.

If you, the consumer, notify us in writing within the thirty-day period that the debt, or any portion thereof, is disputed we will obtain verification of the debt or a copy of a judgment against you and a copy will be mailed to you by our office.

Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

Please call our office.  The toll free number is 888-523-0856.

Very truly yours,

*[signature]*

David V. Weiner, Esq.

**If you would like to make a payment online please go to www.BronsonandMigliaccio.com.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

The State Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

EXHIBIT "A"

**BRONSON & MIGLIACCIO, LLP**
*Attorneys at Law*
P.O. Box 830
Saddle Brook, NJ 07663-0830

Address Service Requested



PRESORTED
FIRST CLASS



02 1A
0004344965   $ 00.341
MAILED FROM ZIPCODE 14221   JUN 27 2007

EXHIBIT "A"

10

July 16, 07
Certified Mail
receipt no: 7005 1820 0005 2539 9655

Josie Bonilla
707 Oaktree Ln # 265
San Marcos, Ca. 92069

Re:
Creditor: CACH, LLC
Account No.: 144510900706603405
Original Creditor: Bank of America, N.A.
Current Balance: $ 5,489.08

Dear Mr. Weiner:

I am in receipt of your letter dated June 22nd, 2007, which was postmarked June 27, 2007. I hereby dispute the debt referenced above. I demand verification of the alleged debt, including but not limited to an accounting of any and all debits, credits, fee, charges, and payments, all agreements signed by me, any documents that relate to the alleged debt, and any other information that you assert makes me responsible in any way whatsoever for the above referenced debt.

Do not contact me by telephone or in person All communication must be in writing and sent to me at: 707 Oaktree Ln, Apt 265, San Marcos, Ca. 92069-5882

Sincerely,
Josie Bonilla

EXHIBIT "B"


**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results
Label/Receipt Number: **7005 1820 0005 2539 9655**
Status: **Arrival at Unit**

Your item arrived at 8:03 AM on July 21, 2007 in ELMWOOD PARK, NJ 07407. No further information is available for this item.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do         8/30/2007

**EXHIBIT "B"**

12

July 16, 07
Certified Mail
receipt No: 7005 1820 0005 2539 9648

Josie Bonilla
707 Oaktree Ln # 265
San Marcos, Ca. 92069

Re:
Creditor: CACH, LLC
Account No.: 1445109 900 70603405
Original Creditor: Bank of America, N.A.
Current Balance: $5,489.08

Dear Sirs:

I am in receipt of the letter sent to me by David V. Weiner, Esq. Bronson & Nigliaccio, LLP dated June 22nd, 2007, which was postmarked June 27, 2007. I hereby dispute the debt refenced above. I demand verification of the alleged debt, including but not limited to an accounting of any and all debits, credits, fee, charges, and payments, all payments, all agreements signed by me, any documents that relate to the alleged debt, and other information that you assert makes me responsible in any way whatsoever for the above refenenced debt.

Do not contact me by telephone or in person. All communication must be in writing and sent to me at: 707 Oaktree Ln. Apt 265, San Marcos, Ca. 92069-5882

Sincerely,

Josie Bonilla

EXHIBIT "B"

13



Home | Help

### Track & Confirm

**Track & Confirm**

#### Search Results

Label/Receipt Number: **7005 1820 0005 2539 9648**
Status: **Delivered**

Your item was delivered at 11:00 AM on July 23, 2007 in DENVER, CO 80202.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )   ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

14

EXHIBIT "B"

DM2p 343

**BRONSON & MIGLIACCIO, LLP**
ATTORNEYS AT LAW
(a limited liability partnership formed in the State of New York)
2200 Fletcher Ave. 5th Floor Fort Lee, NJ 07024
TELEPHONE: 888-523-0856 FAX: 201-944-5458
Managing Attorney Responsible For New Jersey
Matters: David V. Weiner **

(#090)

**David V. Weiner ****
**Anthony J. Migliaccio, Jr.****

*Admitted in NJ
**Admitted in NY, NJ
<u>Attorneys Licensed In:</u>

| | |
|---|---|
| Arizona | North Carolina |
| California | Ohio |
| Connecticut | Pennsylvania |
| Florida | South Carolina |
| Illinois | Texas |
| Maryland | Tennessee |
| Massachusetts | Vermont |
| New Jersey | Virginia |
| New York | Washington |
| | Wisconsin |

JOSIE BONILLA
707 Oaktree Ln Apt 265
San Marcos CA 92069-5882

4

JANUARY 04TH, 2008

RE:  Creditor :            CACH, LLC.
     Account Number :       14451090070603405
     Original Creditor :    BANK OF AMERICA, N.A.
     Current Balance :      $5,574.63

Dear JOSIE BONILLA,

As you have been previously notified, our firm has been retained to collect the debt owed by you to our client named above. Our client has authorized our firm to offer you a settlement in lieu of the current balance. This means that we are authorized to reduce the amount of money that you will actually have to pay in order to settle this matter

You must act NOW as you have a limited amount of time to qualify for this offer. Please call us immediately at the toll free number listed above and be certain to mention this letter. One of our professional staff members will be able to tell you how much of a savings we can offfer you.

Thank you in advance for your prompt response.

Very truly yours,

David V. Weiner, Esq.

**If you would like to make a payment online please go to www.BronsonandMigliaccio.com.**

**This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**

15

**EXHIBIT "C"**

AC05 1208

# BRONSON & MIGLIACCIO, LLP
## ATTORNEYS AT LAW
(a limited liability partnership formed in the State of New York)
2200 Fletcher Ave. 5th Floor, Fort Lee, NJ 07024

TELEPHONE: 888-523-0856 FAX: 201-944-5458
Managing Attorney Responsible For New Jersey
Matters: David V. Weiner **

(#090)

**David V. Weiner ***
**Anthony J. Migliaccio, Jr.***

*Admitted in NJ
**Admitted in NY, NJ

Attorneys Licensed In:
| Arizona | North Carolina |
| California | Ohio |
| Connecticut | Pennsylvania |
| Florida | South Carolina |
| Illinois | Texas |
| Maryland | Tennessee |
| Massachusetts | Vermont |
| New Jersey | Virginia |
| New York | Washington |
| | Wisconsin |

JOSIE BONILLA
750 Mills St
Escondido CA  92027-1945                                   3

FEBRUARY 04TH, 2008

RE:  Creditor :           CACH, LLC.
     Account # :          14451090070603405
     Original Creditor :  BANK OF AMERICA, N.A.
     Current Balance :    $5,665.59

Dear JOSIE BONILLA,

As you are aware from previous correspondence or conversations, this office represents the above-named creditor who purchased your indebtedness from the original creditor, who is listed above, along with the balance you owe.

This matter may be settled amicably. Sometimes, depending upon your financial situation, our client will allow you to pay in reasonable monthly installments or may allow you to make a lump-sum settlement in an amount less than the full balance.

Please call us at our toll-free number listed above to discuss a reasonable settlement or payment plan.

Very truly yours,

*David V. Weiner*

David V. Weiner, Esq.

If you would like to make a payment online please go to www.BronsonandMigliaccio.com.

**This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**

EXHIBIT "D"

```
          UNITED STATES
          DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
             SAN DIEGO DIVISION

        #  152583      -- TC
        *  * C O P Y * *
           July 02, 2008
              15:28:27


          Civ Fil Non-Pris
   USAO #.: 08CV1175
   Judge..: JEFFREY T MILLER
   Amount.:                  $350.00 CK
   Check#.: BC5887



          Total-> $350.00



   FROM: JOSIE BONILLA
         VS
         BRONSON & MIGLIACCIO, ET AL.
```

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| JOSIE BONILLA | BRONSON & MIGLIACCIO, L.L.P.; CACH, LLC; DAVID V. WEINER; and DOES 1-10, inclusive, |

FILED
08 SEP -3 20
CLERK U.S. DISTRICT
DEPUTY
BY:

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Offices of Deborah L. Raymond
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
Tel# (858) 481-9669

ATTORNEYS (IF KNOWN)

08 CV 1175 JM POR

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).
Violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. sections 1692 et seq., unlawful collection practices

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | FDCPA |
| | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $ not less than $15,000
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):
JUDGE n/a    Docket Number n/a

DATE 07/02/08    SIGNATURE OF ATTORNEY OF RECORD  Deborah L Raymond

SAC #1575583 @ $350  7/2/08

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)