Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

JOSIE BONILLA, an individual,

                    Plaintiff,
            vs

BRONSON & MIGLIACCIO, LLP., an
entity of unknown form; CACH, LLC,
an entity of unknown form; DAVID V.
WEINER, an individual; and DOES 1-10,
inclusive,

                    Defendants.

FILED

08 JUL -2 PM 3: 28

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.

BY:                          DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1175 JM POR

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY.

Deborah L. Raymond
Law Offices of Deborah L. Raymond
445 Marine View Avenue, Suite 305
Del Mar, CA 92014                          Tel: 858-481-9559

   An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
      by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                          JUL 0 2 2008

CLERK                                           DATE

By    B. LLOYD    , Deputy Clerk    

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR