# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE BONILLA, an individual,<br><br>                           Plaintiff,<br>  vs.<br><br>BRONSON & MIGLIACCIO, LLP, an entity of unknown form; CACH, LLC, an entity of unknown form; DAVID V. WEINER, an individual; and DOES 1-10, inclusive,<br><br>                           Defendants. | CASE NO. 08 CV 1175 JM (POR)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS ACTION<br><br>Doc. No. 10 |

     The parties having stipulated to the dismissal of this action and it appearing that no issues remain for the court's determination, the court hereby **GRANTS** the parties' joint motion for dismissal of the action. (Doc. No. 10.) This action and all claims asserted therein are therefore **DISMISSED** with prejudice. The Clerk of Court is instructed to close the case file.

     **IT IS SO ORDERED.**

DATED: December 9, 2008

                                                   Hon. Jeffrey T. Miller
                                                   United States District Judge